# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RALPH CARR (#444427)

CIVIL ACTION

VERSUS

NO. 12-702-JJB-SCR

NATE CAIN, ET AL.

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 1, 2013 (doc. no. 19) to which no objection has been filed. The plaintiff was given additional time (May 13, 2013) to file an objection and has not done so.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Ralph Carr is DISMISSED, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, this ____ day of May, 2013.


JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA